UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC and MONONGAHELA POWER COMPANY,<br>　　　　　　　　Plaintiffs,<br>vs.<br>AMERICAN BOILER & CHIMNEY CO., NAES POWER CONTRACTORS, INC., and NAES POWER CONTRACTORS, INC., AB&C DIVISION,<br>　　　　　　　　Defendants. | CIVIL DIVISION<br><br>Case No. 2:06-cv-623<br><br>Judge Lancaster/<br>Magistrate Judge Caiazza<br><br>**ELECTRONICALLY FILED** |

### STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, come the parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and notify the Court that the parties hereby volunteer to dismiss, with prejudice, the claims in the above-captioned matter with each party to bear its own costs.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

BLUMLING & GUSKY, LLP　　　　　　　　　　　DICKIE, MCCAMEY & CHILCOTE, P.C.

By   /s/ K. Bradley Mellor　　　　　　　　　　　By   /s/ Steven W. Zoffer
　　　K. Bradley Mellor, Esquire　　　　　　　　　　Steven W. Zoffer, Esquire
　　　Pa. I.D. #61363　　　　　　　　　　　　　　　Pa. I.D. # 62497
　　　bmellor@blumlinggusky.com　　　　　　　　szoffer@dmclaw.com
　　　Thomas M. Ferguson, Esquire　　　　　　　Douglas M. Grimsley, Esquire
　　　Pa.I.D. #59900　　　　　　　　　　　　　　　Pa. I.D. #92948
　　　tferguson@blumlinggusky.com　　　　　　　dgrimsley@dmclaw.com
　　　436 Seventh Avenue　　　　　　　　　　　　Two PPG Place, Suite 400
　　　1200 Koppers Building　　　　　　　　　　　Pittsburgh, PA  15222
　　　Pittsburgh, PA  15219　　　　　　　　　　　(412) 281-7272 Phone
　　　(412) 227-2500 Phone　　　　　　　　　　　(412) 392-392-5367 Facsimile
　　　(412) 227-2050 Facsimile

　　　Attorneys for Plaintiffs, Allegheny Energy　　Attorneys for Defendants, American
　　　Supply Company, LLC and Monongahela　　Boiler & Chimney Co., NAES
　　　Power Company　　　　　　　　　　　　　　Power Contractors, Inc., and NAES
　　　　　　　　　　　　　　　　　　　　　　　　　Power Contractors, Inc., AB&C Div.

SO ORDERED, this 3rd day of October, 2006.

_____
Gary L. Lancaster, U.S. District Judge